# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: TUCKER, DAVID § | Case No. 12-48184-ABG |
| TUCKER, VICKI L § | |
| § | |
| Debtor(s) § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on December 07, 2012. The undersigned trustee was appointed on June 03, 2013.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of        $         39,694.48

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | 0.00 |
   | Administrative expenses | 14.92 |
   | Bank service fees | 409.92 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 30,000.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of [1]    $ | 9,269.64 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

      6. The deadline for filing non-governmental claims in this case was 05/01/2014 and the deadline for filing governmental claims was 06/05/2013. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

      7. The Trustee's proposed distribution is attached as **Exhibit D**.

      8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,719.45. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

      The trustee has received $0.00 as interim compensation and now requests the sum of $1,719.45, for a total compensation of $1,719.45.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 07/31/2015　　　　　By: /s/ILENE F. GOLDSTEIN
　　　　　　　　　　　　　　　　Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 12-48184-ABG  
**Case Name:** TUCKER, DAVID  
TUCKER, VICKI L  
**Period Ending:** 07/31/15  

**Trustee:** (330290) ILENE F. GOLDSTEIN  
**Filed (f) or Converted (c):** 06/03/13 (c)  
**§341(a) Meeting Date:** 07/12/13  
**Claims Bar Date:** 05/01/14  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 25 Seneca West, Hawthorn Woods, IL 60047, Value<br>Imported from original petition Doc# 1 | 358,400.00 | 0.00 | | 39,694.48 | FA |
| 2 | BMO Harris Checking<br>Imported from Amended Doc#: 48 | 600.00 | 250.00 | | 0.00 | FA |
| 3 | BMO Harris Savings<br>Imported from Amended Doc#: 48 | 40.00 | 40.00 | | 0.00 | FA |
| 4 | ComEd Security Deposit<br>Imported from Amended Doc#: 48 | 300.00 | 300.00 | | 0.00 | FA |
| 5 | Household Furnishings<br>Imported from Amended Doc#: 48 | 400.00 | 0.00 | | 0.00 | FA |
| 6 | Clothing<br>Imported from Amended Doc#: 48 | 350.00 | 0.00 | | 0.00 | FA |
| 7 | Whole/Term Life Insurance Policy with John Hanco<br>Imported from Amended Doc#: 48 | 0.00 | 0.00 | | 0.00 | FA |
| 8 | Roth IRA for Wife<br>Imported from Amended Doc#: 48 | 200.00 | 0.00 | | 0.00 | FA |
| 9 | Wife's Business<br>Imported from Amended Doc#: 48 | 1,000.00 | 0.00 | | 0.00 | FA |
| 10 | 42% Husband's Ownership Interest in Business<br>Imported from Amended Doc#: 48  (See Footnote) | 12,600.00 | 6,950.00 | | 0.00 | FA |
| 11 | 2013 tax refund<br>Imported from Amended Doc#: 48  (See Footnote) | 16,000.00 | 16,000.00 | | 0.00 | FA |
| 12 | 2003 Ford Expedition Paid in full, value per KBB<br>Imported from original petition Doc# 1  (See Footnote) | 5,041.00 | 0.00 | | 0.00 | FA |
| 13 | 1995 Dodge Stealth Paid in full<br>Imported from Amended Doc#: 48 | 500.00 | 0.00 | | 0.00 | FA |
| 14 | 2003 Ford Expedition Paid in full, value per KBB<br>Imported from Amended Doc#: 48 | 2,889.00 | 0.00 | | 0.00 | FA |
| 15 | 1982 Ford Mustang - no engine Husband on title o<br>Imported from Amended Doc#: 48 | 100.00 | 0.00 | | 0.00 | FA |
| **15** | **Assets    Totals** (Excluding unknown values) | **$398,420.00** | **$23,540.00** | | **$39,694.48** | **$0.00** |

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 12-48184-ABG
**Case Name:** TUCKER, DAVID
TUCKER, VICKI L
**Period Ending:** 07/31/15

**Trustee:** (330290) ILENE F. GOLDSTEIN
**Filed (f) or Converted (c):** 06/03/13 (c)
**§341(a) Meeting Date:** 07/12/13
**Claims Bar Date:** 05/01/14

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

RE PROP# 10   At the time of conversion the business was hardly operating.
RE PROP# 11   The tax refund was used in the Chapter 13 and was not an asset of the Estate at the time of conversion.
RE PROP# 12   This case was converted from a 13 to a 7 please see asset number 14.

**Major Activities Affecting Case Closing:**

STATUS: The Debtors own a residence which was sold. The Trustee filed her tax returns and closing the Estate. The Trustee recently recieved the sign off from the IRS.

**Initial Projected Date Of Final Report (TFR):**   September 30, 2014   **Current Projected Date Of Final Report (TFR):**   September 30, 2015

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 12-48184-ABG | | Trustee: | ILENE F. GOLDSTEIN (330290) |
|---|---|---|---|---|
| Case Name: | TUCKER, DAVID | | Bank Name: | Rabobank, N.A. |
| | TUCKER, VICKI L | | Account: | ******6566 - Checking Account |
| Taxpayer ID #: | **-***9134 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 07/31/15 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 08/16/13 | {1} | Fidelity National Title | Net Equity in House before payment of Exemption | 1110-000 | 39,694.48 | | 39,694.48 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.93 | 39,673.55 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 55.16 | 39,618.39 |
| 10/11/13 | 101 | David and Vicki Tucker | Exemtions | 8100-002 | | 30,000.00 | 9,618.39 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 59.81 | 9,558.58 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.82 | 9,545.76 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.10 | 9,530.66 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.16 | 9,516.50 |
| 02/25/14 | 102 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/25/2014 FOR CASE #12-48184, Bond Premium  Voided on 03/07/14 | 2300-000 | | 12.17 | 9,504.33 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.77 | 9,491.56 |
| 03/07/14 | 102 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/25/2014 FOR CASE #12-48184, Bond Premium  Voided: check issued on 02/25/14 | 2300-000 | | -12.17 | 9,503.73 |
| 03/07/14 | 103 | INTERNAL REVENUE SERVICE | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/07/2014 FOR CASE #12-48184, Bond Premium  Voided on 03/10/14 | 2300-000 | | 9.82 | 9,493.91 |
| 03/10/14 | 103 | INTERNAL REVENUE SERVICE | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/07/2014 FOR CASE #12-48184, Bond Premium  Voided: check issued on 03/07/14 | 2300-000 | | -9.82 | 9,503.73 |
| 03/10/14 | 104 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/10/2014 FOR CASE #12-48184, Bond Premium | 2300-000 | | 9.82 | 9,493.91 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.20 | 9,480.71 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.54 | 9,466.17 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.61 | 9,452.56 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.14 | 9,439.42 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.93 | 9,424.49 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.10 | 9,411.39 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.43 | 9,396.96 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.96 | 9,383.00 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.14 | 9,370.86 |

Subtotals :   $39,694.48   $30,323.62

{} Asset reference(s)

Printed: 07/31/2015 02:26 PM    V.13.23

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 12-48184-ABG | **Trustee:** ILENE F. GOLDSTEIN (330290) |
| **Case Name:** TUCKER, DAVID | **Bank Name:** Rabobank, N.A. |
| TUCKER, VICKI L | **Account:** ******6566 - Checking Account |
| **Taxpayer ID #:** **-***9134 | **Blanket Bond:** $5,000,000.00   (per case limit) |
| **Period Ending:** 07/31/15 | **Separate Bond:** N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.27 | 9,355.59 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.45 | 9,342.14 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.54 | 9,329.60 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.31 | 9,315.29 |
| 04/03/15 | 105 | Arthur B. Levine Company | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 04/03/2015 FOR CASE #12-48184, Bond | 2300-000 | | 5.10 | 9,310.19 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.39 | 9,296.80 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.92 | 9,283.88 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.24 | 9,269.64 |
| | | | **ACCOUNT TOTALS** | | 39,694.48 | 30,424.84 | **$9,269.64** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 39,694.48 | 30,424.84 | |
| | | | Less: Payments to Debtors | | | 30,000.00 | |
| | | | **NET Receipts / Disbursements** | | **$39,694.48** | **$424.84** | |

| | |
|---|---|
| Net Receipts : | 39,694.48 |
| Less Payments to Debtor : | 30,000.00 |
| Net Estate : | $9,694.48 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******6566** | 39,694.48 | 424.84 | 9,269.64 |
| | $39,694.48 | $424.84 | $9,269.64 |

{} Asset reference(s)    Printed: 07/31/2015 02:26 PM    V.13.23

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** May 1, 2014

**Case Number:** 12-48184-ABG  
**Debtor Name:** TUCKER, DAVID

Page: 1

**Date:** July 31, 2015  
**Time:** 02:27:03 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED<br>900 Skokie Blvd<br>Suite 128<br>Northbrook, IL 60062 | Admin Ch. 7 | | $24.79 | $0.00 | 24.79 |
| 200 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED<br>900 Skokie Blvd<br>Suite 128<br>Northbrook, IL 60062 | Admin Ch. 7 | | $2,695.00 | $0.00 | 2,695.00 |
| 200 | ILENE F. GOLDSTEIN<br>900 Skokie Blvd<br>Suite 128<br>Northbrook, IL 60062 | Admin Ch. 7 | | $1,719.45 | $0.00 | 1,719.45 |
| 200 | Jodi E. Gimbel,P.C.<br>5 Revere Drive<br>Suite 350<br>Northbrook, IL 60062 | Admin Ch. 7 | | $407.00 | $0.00 | 407.00 |
| 200 | Jodi E. Gimbel,P.C.<br>5 Revere Drive<br>Suite 350<br>Northbrook, IL 60062 | Admin Ch. 7 | | $86.00 | $0.00 | 86.00 |
| 3<br>100 | Green Tree Servicing LLC<br>PO Box 6154<br>Rapid City, SD 57709-6154 | Secured | History:<br>Details 3-1 01/10/2013 Claim #3 filed by Bank of America, N.A., Amount claimed: $380928.33 (Giannino, Heather )<br>35 04/22/2013 Transfer of Claim. Transferor: Bank of America, N.A. (Claim No. 3, Amount 380,928.33) To Green Tree Servicing LLC. Filed by Green Tree Servicing LLC. Objections due by 05/13/2013. (Wade, Perry)<br>78 07/27/2015 Withdrawal of Transfer of Claim(s): 3 Filed by Green Tree Servicing LLC (RE: 35 Transfer of Claim). (Smith, Jaron) | $0.00 | $0.00 | 0.00 |
| 1<br>610 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | History: Details1-112/13/2012Claim #1 filed by Discover Bank, Amount claimed: $5914.43 (Stevens, Brandon )<br>-----------------------------------------------------------------------------* * * | $5,914.43 | $0.00 | 5,914.43 |
| 2<br>610 | Rjm Acquisitions Llc<br>575 Underhill Blvd, Suite 224<br>Syosset, NY 11791 | Unsecured | History: Details2-112/20/2012Claim #2 filed by Rjm Acquisitions Llc, Amount claimed: $48.50 (Graham, Eileen )<br>-----------------------------------------------------------------------------* * * | $48.50 | $0.00 | 48.50 |
| 4<br>610 | Portfolio Recovery Associates, LLC<br>PO Box 41067<br>Norfolk, VA 23541 | Unsecured | History: Details4-101/16/2013Claim #4 filed by FIA CARD SERVICES, N.A., Amount claimed: $15515.82 (Wall, Debra )<br>2703/22/2013Transfer of Claim. Transferor: FIA CARD SERVICES, N.A. (Claim No. | $15,515.82 | $0.00 | 15,515.82 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** May 1, 2014

**Case Number:** 12-48184-ABG  
**Debtor Name:** TUCKER, DAVID

Page: 2

**Date:** July 31, 2015  
**Time:** 02:27:03 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | | | 4, Amount 15515.82) To Portfolio Recovery Associates, LLC. Filed by PRA Receivables Management, LLC. Objections due by 04/12/2013. (Garcia, Dolores) -------------------------------------------------------------------------------\* \* \* | | | |
| 5 610 | NORTHWEST COMMUNITY HOSPITAL C/O RONALD J. HENNINGS P.C P.O. BOX 4106 ST. CHARLES, IL 60174-4106 | Unsecured | History: Details5-101/23/2013Claim #5 filed by NORTHWEST COMMUNITY HOSPITAL, Amount claimed: $913.34 (Hennings, Ronald ) -------------------------------------------------------------------------------\* \* \* | $913.34 | $0.00 | 913.34 |
| 6 610 | JEFFERSON CAPITAL SYSTEMS LLC PO BOX 7999 SAINT CLOUD, MN 56302 | Unsecured | History: Details6-101/30/2013Claim #6 filed by TARGET NATIONAL BANK, Amount claimed: $4652.66 (Moscov, Evan ) 2803/22/2013Transfer of Claim. Transferor: TARGET NATIONAL BANK (Claim No. 6, Amount 4652.66) To TD Bank USA, N.A.. Filed by Evan Moscov on behalf of TD Bank USA, N.A.. Objections due by 04/12/2013. (Moscov, Evan) 3704/30/2013Incorrect PDF, Filer Notified to File Amended Transfer Transfer of Claim. Transferor: TD Bank USA, N.A. (Claim No. 6, Amount 4652.66) To JEFFERSON CAPITAL SYSTEMS LLC. Filed by JEFFERSON CAPITAL SYSTEMS LLC. Objections due by 05/21/2013. (Kir by, Johnathan) Modified on 5/1/2013 (Chavez, Baldo). 3905/01/2013Amended Transfer of Claim 6 to correct Correct Transferor Name on PDF Filed by JEFFERSON CAPITAL SYSTEMS LLC (RE: 37 Transfer of Claim). (Kirby, Johnathan) 4005/06/2013Notice to Transfer Claim (RE: 39 Amended Transfer of Claim). Objections due by 5/28/2013. (Carroll, Dorothy) -------------------------------------------------------------------------------\* \* \* | $4,652.66 | $0.00 | 4,652.66 |
| 7 610 | FIA CARD SERVICES, N.A. 4161 Piedmont Parkway NC4 105 03 14 Greensboro, NC 27410 | Unsecured | History: Details7-102/21/2013Claim #7 filed by FIA CARD SERVICES, N.A., Amount claimed: $6944.93 (Wall, Debra ) -------------------------------------------------------------------------------\* \* \* | $6,944.93 | $0.00 | 6,944.93 |
| **<< Totals >>** | | | | 38,921.92 | 0.00 | 38,921.92 |

**TRUSTEE'S PROPOSED DISTRIBUTION**  Exhibit D

Case No.: 12-48184-ABG
Case Name: TUCKER, DAVID
Trustee Name: ILENE F. GOLDSTEIN

**Balance on hand:** $ 9,269.64

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 3 | Green Tree Servicing LLC | 380,928.33 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 9,269.64

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - ILENE F. GOLDSTEIN | 1,719.45 | 0.00 | 1,719.45 |
| Attorney for Trustee, Fees - LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 2,695.00 | 0.00 | 2,695.00 |
| Attorney for Trustee, Expenses - LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 24.79 | 0.00 | 24.79 |
| Accountant for Trustee, Fees - Jodi E. Gimbel,P.C. | 407.00 | 0.00 | 407.00 |
| Accountant for Trustee, Expenses - Jodi E. Gimbel,P.C. | 86.00 | 0.00 | 86.00 |

Total to be paid for chapter 7 administration expenses: $ 4,932.24
Remaining balance: $ 4,337.40

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 4,337.40

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:  $             0.00
Remaining balance:  $        4,337.40

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 33,989.68 have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 12.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 5,914.43 | 0.00 | 754.74 |
| 2 | Rjm Acquisitions Llc | 48.50 | 0.00 | 6.19 |
| 4 | Portfolio Recovery Associates, LLC | 15,515.82 | 0.00 | 1,979.96 |
| 5 | NORTHWEST COMMUNITY HOSPITAL | 913.34 | 0.00 | 116.55 |
| 6 | JEFFERSON CAPITAL SYSTEMS LLC | 4,652.66 | 0.00 | 593.72 |
| 7 | FIA CARD SERVICES, N.A. | 6,944.93 | 0.00 | 886.24 |

Total to be paid for timely general unsecured claims:  $        4,337.40
Remaining balance:  $             0.00

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | |
|---|---|
| Total to be paid for tardy general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | |
|---|---|
| Total to be paid for subordinated claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

**UST Form 101-7-TFR (05/1/2011)**