**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| TUCKER, DAVID | ) | |
| TUCKER, VICKI L | ) | CASE NO. 12-48184 ABG |
| | ) | |
| | ) | JUDGE A. Benjamin Goldgar |
| Debtor(s) | ) | |

**TRUSTEE'S APPLICATION FOR COMPENSATION AND EXPENSES**

TO:   HONORABLE A. Benjamin Goldgar
      BANKRUPTCY JUDGE

NOW COMES <u>ILENE F. GOLDSTEIN</u>, Trustee herein, pursuant to 11 U.S.C. §330, and requests $<u>1,719.45</u> as compensation, $<u>0.00</u> of which has previously been paid, and $<u>0.00</u> for reimbursement of expenses, $<u>0.00</u> amount of which has previously been paid.

I. COMPUTATION OF COMPENSATION

Total disbursements to parties in interest, excluding the Debtor, but including holders of secured claims are $<u>9,694.48</u>.  Pursuant to 11 U.S.C. §326, compensation should be computed as follows:

| | | |
|---|---|---|
| 25% of first $5,000.00 | $    1,250.00 | ($1,250.00 maximum) |
| 10% of next $45,000.00 | $       469.45 | ($4,500.00 maximum) |
| 5% of next $950,000.00 | $           0.00 | ($47,500.00 maximum) |
| 3% of balance | $           0.00 | |
| | | |
| TOTAL COMPENSATION | $    1,719.45 | |

## II. TRUSTEE'S EXPENSES

TOTAL EXPENSES                                                      $              0.00

The undersigned certifies under penalty of perjury that no agreement or understanding exists between the undersigned and any other person for sharing of compensation prohibited by the Bankruptcy Code. No payments have previously been made or promised in any capacity in connection with the above case.

Executed this 29th day of July, 20 15

Dated: 07/29/15                                    /s/ Ilene F. Goldstein, Trustee
                                                   ILENE F. GOLDSTEIN, Trustee
                                                   Law Offices
                                                   900 Skokie Blvd
                                                   Suite 128
                                                   Northbrook, IL  60062