UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| | | | |
|---|---|---|---|
| In re: | TUCKER, DAVID | § | Case No. 12-48184 |
| | TUCKER, VICKI L | § | |
| | | § | |
| Debtor(s) | | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that <u>ILENE F. GOLDSTEIN</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

   219 South Dearborn Street, Room 710
   Chicago, IL 60604

   Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at **10/09/2015 at 1:30 pm at the North Branch Court (Round Lake Beach) at 1792 Nicole Lane, Round Lake Beach, Illinois 60073**. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 07/31/2015          By:   /s/ Ilene F. Goldstein
                                        Trustee

ILENE F. GOLDSTEIN
900 Skokie Blvd
Suite 128
Northbrook, IL  60062
(847) 562-9595

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| In re: TUCKER, DAVID | § | Case No. 12-48184 |
| TUCKER, VICKI L | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 39,694.48 |
| *and approved disbursements of* | $ 30,424.84 |
| *leaving a balance on hand of* [1] | $ 9,269.64 |
| **Balance on hand:** | $ 9,269.64 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 3 | Green Tree Servicing LLC | 380,928.33 | 0.00 | 0.00 | 0.00 |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 9,269.64 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - ILENE F. GOLDSTEIN | 1,719.45 | 0.00 | 1,719.45 |
| Attorney for Trustee, Fees - LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 2,695.00 | 0.00 | 2,695.00 |
| Attorney for Trustee, Expenses - LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 24.79 | 0.00 | 24.79 |
| Accountant for Trustee, Fees - Jodi E. Gimbel,P.C. | 407.00 | 0.00 | 407.00 |
| Accountant for Trustee, Expenses - Jodi E. Gimbel,P.C. | 86.00 | 0.00 | 86.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 4,932.24 |
| Remaining balance: | $ 4,337.40 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 4,337.40

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 4,337.40

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 33,989.68 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 12.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 5,914.43 | 0.00 | 754.74 |
| 2 | Rjm Acquisitions Llc | 48.50 | 0.00 | 6.19 |
| 4 | Portfolio Recovery Associates, LLC | 15,515.82 | 0.00 | 1,979.96 |
| 5 | NORTHWEST COMMUNITY HOSPITAL | 913.34 | 0.00 | 116.55 |
| 6 | JEFFERSON CAPITAL SYSTEMS LLC | 4,652.66 | 0.00 | 593.72 |
| 7 | FIA CARD SERVICES, N.A. | 6,944.93 | 0.00 | 886.24 |

Total to be paid for timely general unsecured claims: $ 4,337.40
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/ILENE F. GOLDSTEIN

ILENE F. GOLDSTEIN
900 Skokie Blvd
Suite 128
Northbrook, IL  60062
(847) 562-9595

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 12-48184-ABG
David Tucker                                                              Chapter 7
Vicki L Tucker
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: ccabrales            Page 1 of 2             Date Rcvd: Aug 28, 2015
                              Form ID: pdf006            Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 30, 2015.
```
db          #+David Tucker,    25 Seneca West,    Hawthorn Woods, IL 60047-1940
jdb         #+Vicki L Tucker,    25 Seneca West,    Hawthorn Woods, IL 60047-1940
19785969    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court: Bank Of America,    Po Box 982235,    El Paso, TX 79998)
20017131     +BMO Harris Bank,    111 West Monroe,    21W,    Chicago, IL 60603-4096
19901636      Bank of America, N.A.,    c/o Heavner, Scott, Beyers & Mihlar, LLC,    PO Box 740,
               Decatur, IL 62525-0740
19785972      Bk Of Amer,    De5-019-03-07,    Newark, DE 19714
20604133     +Condell Medical Center,    97169 Ealge Way,    Chicago, IL 60678-0001
19926377      FIA CARD SERVICES, N.A.,    4161 Piedmont Parkway,    NC4 105 03 14,    Greensboro, NC 27410
20017132     +GIS/Rolling LLC/Darwin Asset Mgmt,    970 N Oak Lawn,    Suite 100,    Elmhurst, IL 60126-1020
19785975     +Mrsi,    2250 E Devon Ave Ste 352,    Des Plaines, IL 60018-4521
20214325    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery Associates, LLC,    PO Box 41067,
               Norfolk, VA 23541)
19785976     +Rjm Acq Llc,    575 Underhill Blvd Ste 2,    Syosset, NY 11791-3426
19834404    #+Rjm Acquisitions Llc,    575 Underhill Blvd, Suite 224,    Syosset, NY 11791-4437
19785977     +Target N.B.,    Po Box 673,    Minneapolis, MN 55440-0673
19785978      Target Nb,    C/O Target Credit Services,    Minneapolis, MN 55440-0673
19785979     +Thd/Cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
19785980     +William and Susanne Tucker,    4545 RFD,    Lake Zurich, IL 60047-7686
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
20604133     +E-mail/Text: SRCO-Bankruptcy@advocatehealth.com Aug 29 2015 01:31:03      Condell Medical Center,
               97169 Ealge Way,    Chicago, IL 60678-0001
19807031      E-mail/PDF: mrdiscen@discover.com Aug 29 2015 01:27:12      Discover Bank,
               DB Servicing Corporation,    PO Box 3025,    New Albany, OH 43054-3025
19785973     +E-mail/PDF: mrdiscen@discover.com Aug 29 2015 01:27:12      Discover Fin Svcs Llc,
               Po Box 15316,    Wilmington, DE 19850-5316
20368766      E-mail/Text: bankruptcy.bnc@gt-cs.com Aug 29 2015 01:28:47      Green Tree Servicing LLC,
               PO BOX 6154,    Rapid City, SD, 57709-6154
20444104      E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 29 2015 01:29:51      JEFFERSON CAPITAL SYSTEMS LLC,
               PO BOX 7999,    SAINT CLOUD, MN 56302-9617
19785974     +E-mail/Text: mmrgbk@miramedrg.com Aug 29 2015 01:29:35      Miramedrg,    991 Oak Creek Dr,
               Lombard, IL 60148-6408
19950003     +E-mail/Text: sdemars@rjh-law.com Aug 29 2015 01:29:06      NORTHWEST COMMUNITY HOSPITAL,
               C/O RONALD J. HENNINGS P.C,    P.O. BOX 4106,    ST. CHARLES, IL 60174-9080
20214325      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 29 2015 01:26:37
               Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541
19974176     +E-mail/Text: bncmail@w-legal.com Aug 29 2015 01:29:40      TARGET NATIONAL BANK,
               C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
20217212     +E-mail/Text: bncmail@w-legal.com Aug 29 2015 01:29:40      TD Bank USA, N.A.,
               c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,    Seattle, WA 98121-3132
                                                                                              TOTAL: 10

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19785970*   ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court: Bank Of America,    Po Box 982235,    El Paso, TX 79998)
19785971*   ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court: Bank Of America, N.A.,    4161 Piedmont Pkwy,    Greensboro, NC 27410)
20414128*    +TD Bank USA, N.A.,    c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,
               Seattle WA 98121-3132
                                                                                   TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Case 12-48184 Doc 84 Filed 08/28/15 Entered 08/30/15 23:34:36 Desc Imaged
Certificate of Notice Page 6 of 6

```
District/off: 0752-1          User: ccabrales              Page 2 of 2                  Date Rcvd: Aug 28, 2015
                              Form ID: pdf006              Total Noticed: 25
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2015                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 28, 2015 at the address(es) listed below:
              Christopher M Brown    on behalf of Creditor    Green Tree Servicing LLC, as authorized serviver
               for Fannie Mae, as owner and holder of account/contract originated by Biltmore Financial Bancorp,
               Inc. northerndistrict@atty-pierce.com,   cbrown@atty-pierce.com
              Courtenay Martin Wilson    on behalf of Debtor David  Tucker cwilson@robertjsemrad.com,
               rjscourtdocs@gmail.com
              Courtenay Martin Wilson     on behalf of Joint Debtor Vicki L Tucker cwilson@robertjsemrad.com,
               rjscourtdocs@gmail.com
              Evan Lincoln Moscov    on behalf of Creditor    TD Bank USA, N.A. evan.moscov@moscovlaw.com,
               bncmail@w-legal.com
              Glenn B Stearns    on behalf of Trustee Glenn B Stearns mcguckin_m@lisle13.com
              Ilene F Goldstein    on behalf of Trustee Ilene F Goldstein, ESQ ifgolds@aol.com,   il35@ecfcbis.com
              Ilene F Goldstein, ESQ    on behalf of Trustee Ilene F Goldstein, ESQ ifgcourt@aol.com,
               IL35@ecfcbis.com
              Ilene F Goldstein, ESQ    ifgcourt@aol.com,   IL35@ecfcbis.com
              Janna L Quarless    on behalf of Joint Debtor Vicki L Tucker jquarless@semradlaw.com,
               rjscourtdocs@gmail.com
              Janna L Quarless    on behalf of Debtor David  Tucker jquarless@semradlaw.com,
               rjscourtdocs@gmail.com
              Patrick  Semrad    on behalf of Joint Debtor Vicki L Tucker psemrad@robertjsemrad.com,
               rjscourtdocs@gmail.com
              Patrick  Semrad    on behalf of Debtor David  Tucker psemrad@robertjsemrad.com,
               rjscourtdocs@gmail.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Yisroel Y Moskovits    on behalf of Joint Debtor Vicki L Tucker imoskovits@semradlaw.com,
               rjscourtdocs@gmail.com
              Yisroel Y Moskovits    on behalf of Debtor David  Tucker imoskovits@semradlaw.com,
               rjscourtdocs@gmail.com
                                                                                             TOTAL: 15
```