# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re:  TUCKER, DAVID § Case No. 12-48184
TUCKER, VICKI L §
§
Debtor(s) §

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ILENE F. GOLDSTEIN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $40,020.00         Assets Exempt: $41,439.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $4,337.40      Claims Discharged
                                                Without Payment: $29,652.28

Total Expenses of Administration: $5,357.08

3) Total gross receipts of $ 39,694.48 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 30,000.00 (see **Exhibit 2**), yielded net receipts of $9,694.48 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $380,928.33 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 5,357.08 | 5,357.08 | 5,357.08 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 33,989.68 | 33,989.68 | 4,337.40 |
| **TOTAL DISBURSEMENTS** | $0.00 | $420,275.09 | $39,346.76 | $9,694.48 |

   4)  This case was originally filed under Chapter 7 on December 07, 2012. The case was pending for 29 months.

   5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

   6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/11/2015        By: /s/ILENE F. GOLDSTEIN
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 25 Seneca West, Hawthorn Woods, IL 60047, Value | 1110-000 | 39,694.48 |
| **TOTAL GROSS RECEIPTS** | | **$39,694.48** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| David and Vicki Tucker | Exemtions | 8100-002 | 30,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$30,000.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Green Tree Servicing LLC | 4110-000 | N/A | 380,928.33 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$380,928.33** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ILENE F. GOLDSTEIN | 2100-000 | N/A | 1,719.45 | 1,719.45 | 1,719.45 |
| LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 3110-000 | N/A | 2,695.00 | 2,695.00 | 2,695.00 |
| LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 3120-000 | N/A | 24.79 | 24.79 | 24.79 |
| Jodi E. Gimbel,P.C. | 3410-000 | N/A | 407.00 | 407.00 | 407.00 |
| Jodi E. Gimbel,P.C. | 3420-000 | N/A | 86.00 | 86.00 | 86.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | 20.93 | 20.93 | 20.93 |
| Rabobank, N.A. | 2600-000 | N/A | 55.16 | 55.16 | 55.16 |
| Rabobank, N.A. | 2600-000 | N/A | 59.81 | 59.81 | 59.81 |
| Rabobank, N.A. | 2600-000 | N/A | 12.82 | 12.82 | 12.82 |
| Rabobank, N.A. | 2600-000 | N/A | 15.10 | 15.10 | 15.10 |
| Rabobank, N.A. | 2600-000 | N/A | 14.16 | 14.16 | 14.16 |
| Rabobank, N.A. | 2600-000 | N/A | 12.77 | 12.77 | 12.77 |
| INTERNATIONAL SURETIES LTD. | 2300-000 | N/A | 9.82 | 9.82 | 9.82 |
| Rabobank, N.A. | 2600-000 | N/A | 13.20 | 13.20 | 13.20 |
| Rabobank, N.A. | 2600-000 | N/A | 14.54 | 14.54 | 14.54 |
| Rabobank, N.A. | 2600-000 | N/A | 13.61 | 13.61 | 13.61 |
| Rabobank, N.A. | 2600-000 | N/A | 13.14 | 13.14 | 13.14 |
| Rabobank, N.A. | 2600-000 | N/A | 14.93 | 14.93 | 14.93 |
| Rabobank, N.A. | 2600-000 | N/A | 13.10 | 13.10 | 13.10 |
| Rabobank, N.A. | 2600-000 | N/A | 14.43 | 14.43 | 14.43 |
| Rabobank, N.A. | 2600-000 | N/A | 13.96 | 13.96 | 13.96 |
| Rabobank, N.A. | 2600-000 | N/A | 12.14 | 12.14 | 12.14 |
| Rabobank, N.A. | 2600-000 | N/A | 15.27 | 15.27 | 15.27 |
| Rabobank, N.A. | 2600-000 | N/A | 13.45 | 13.45 | 13.45 |
| Rabobank, N.A. | 2600-000 | N/A | 12.54 | 12.54 | 12.54 |
| Rabobank, N.A. | 2600-000 | N/A | 14.31 | 14.31 | 14.31 |
| Arthur B. Levine Company | 2300-000 | N/A | 5.10 | 5.10 | 5.10 |
| Rabobank, N.A. | 2600-000 | N/A | 13.39 | 13.39 | 13.39 |
| Rabobank, N.A. | 2600-000 | N/A | 12.92 | 12.92 | 12.92 |
| Rabobank, N.A. | 2600-000 | N/A | 14.24 | 14.24 | 14.24 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $5,357.08 | $5,357.08 | $5,357.08 |

### EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

### EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | N/A | 5,914.43 | 5,914.43 | 754.74 |
| 2 | Rjm Acquisitions Llc | 7100-000 | N/A | 48.50 | 48.50 | 6.19 |
| 4 | Portfolio Recovery Associates, LLC | 7100-000 | N/A | 15,515.82 | 15,515.82 | 1,979.96 |
| 5 | NORTHWEST COMMUNITY HOSPITAL | 7100-000 | N/A | 913.34 | 913.34 | 116.55 |
| 6 | JEFFERSON CAPITAL SYSTEMS LLC | 7100-000 | N/A | 4,652.66 | 4,652.66 | 593.72 |
| 7 | FIA CARD SERVICES, N.A. | 7100-000 | N/A | 6,944.93 | 6,944.93 | 886.24 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $33,989.68 | $33,989.68 | $4,337.40 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 12-48184  
**Case Name:** TUCKER, DAVID  
TUCKER, VICKI L  
**Period Ending:** 11/11/15

**Trustee:** (330290) ILENE F. GOLDSTEIN  
**Filed (f) or Converted (c):** 06/03/13 (c)  
**§341(a) Meeting Date:** 07/12/13  
**Claims Bar Date:** 05/01/14

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  25 Seneca West, Hawthorn Woods, IL 60047, Value Imported from original petition Doc# 1 | 358,400.00 | 0.00 | | 39,694.48 | FA |
| 2  BMO Harris Checking Imported from Amended Doc#: 48 | 600.00 | 250.00 | | 0.00 | FA |
| 3  BMO Harris Savings Imported from Amended Doc#: 48 | 40.00 | 40.00 | | 0.00 | FA |
| 4  ComEd Security Deposit Imported from Amended Doc#: 48 | 300.00 | 300.00 | | 0.00 | FA |
| 5  Household Furnishings Imported from Amended Doc#: 48 | 400.00 | 0.00 | | 0.00 | FA |
| 6  Clothing Imported from Amended Doc#: 48 | 350.00 | 0.00 | | 0.00 | FA |
| 7  Whole/Term Life Insurance Policy with John Hanco Imported from Amended Doc#: 48 | 0.00 | 0.00 | | 0.00 | FA |
| 8  Roth IRA for Wife Imported from Amended Doc#: 48 | 200.00 | 0.00 | | 0.00 | FA |
| 9  Wife's Business Imported from Amended Doc#: 48 | 1,000.00 | 0.00 | | 0.00 | FA |
| 10  42% Husband's Ownership Interest in Business Imported from Amended Doc#: 48  (See Footnote) | 12,600.00 | 6,950.00 | | 0.00 | FA |
| 11  2013 tax refund Imported from Amended Doc#: 48  (See Footnote) | 16,000.00 | 16,000.00 | | 0.00 | FA |
| 12  2003 Ford Expedition Paid in full, value per KBB Imported from original petition Doc# 1  (See Footnote) | 5,041.00 | 0.00 | | 0.00 | FA |
| 13  1995 Dodge Stealth Paid in full Imported from Amended Doc#: 48 | 500.00 | 0.00 | | 0.00 | FA |
| 14  2003 Ford Expedition Paid in full, value per KBB Imported from Amended Doc#: 48 | 2,889.00 | 0.00 | | 0.00 | FA |
| 15  1982 Ford Mustang - no engine Husband on title o Imported from Amended Doc#: 48 | 100.00 | 0.00 | | 0.00 | FA |
| **15  Assets  Totals** (Excluding unknown values) | **$398,420.00** | **$23,540.00** | | **$39,694.48** | **$0.00** |

Printed: 11/11/2015 10:11 AM    V.13.25

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-48184  
**Case Name:** TUCKER, DAVID  
              TUCKER, VICKI L  
**Period Ending:** 11/11/15

**Trustee:** (330290) ILENE F. GOLDSTEIN  
**Filed (f) or Converted (c):** 06/03/13 (c)  
**§341(a) Meeting Date:** 07/12/13  
**Claims Bar Date:** 05/01/14

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

RE PROP# 10      At the time of conversion the business was hardly operating.  
RE PROP# 11      The tax refund was used in the Chapter 13 and was not an asset of the Estate at the time of conversion.  
RE PROP# 12      This case was converted from a 13 to a 7 please see asset number 14.

**Major Activities Affecting Case Closing:**

    STATUS: The Debtors own a residence which was sold. The Trustee filed her tax returns and closing the Estate. The Trustee recently recieved the sign off from the IRS.

**Initial Projected Date Of Final Report (TFR):**     September 30, 2014      **Current Projected Date Of Final Report (TFR):**     September 30, 2015

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 12-48184  
**Case Name:** TUCKER, DAVID  
TUCKER, VICKI L  
**Taxpayer ID #:** **-***9134  
**Period Ending:** 11/11/15  

**Trustee:** ILENE F. GOLDSTEIN (330290)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******6566 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 08/16/13 | {1} | Fidelity National Title | Net Equity in House before payment of Exemption | 1110-000 | 39,694.48 | | 39,694.48 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.93 | 39,673.55 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 55.16 | 39,618.39 |
| 10/11/13 | 101 | David and Vicki Tucker | Exemtions | 8100-002 | | 30,000.00 | 9,618.39 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 59.81 | 9,558.58 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.82 | 9,545.76 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.10 | 9,530.66 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.16 | 9,516.50 |
| 02/25/14 | 102 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/25/2014 FOR CASE #12-48184, Bond Premium Voided on 03/07/14 | 2300-000 | | 12.17 | 9,504.33 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.77 | 9,491.56 |
| 03/07/14 | 102 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/25/2014 FOR CASE #12-48184, Bond Premium Voided: check issued on 02/25/14 | 2300-000 | | -12.17 | 9,503.73 |
| 03/07/14 | 103 | INTERNAL REVENUE SERVICE | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/07/2014 FOR CASE #12-48184, Bond Premium Voided on 03/10/14 | 2300-000 | | 9.82 | 9,493.91 |
| 03/10/14 | 103 | INTERNAL REVENUE SERVICE | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/07/2014 FOR CASE #12-48184, Bond Premium Voided: check issued on 03/07/14 | 2300-000 | | -9.82 | 9,503.73 |
| 03/10/14 | 104 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/10/2014 FOR CASE #12-48184, Bond Premium | 2300-000 | | 9.82 | 9,493.91 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.20 | 9,480.71 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.54 | 9,466.17 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.61 | 9,452.56 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.14 | 9,439.42 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.93 | 9,424.49 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.10 | 9,411.39 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.43 | 9,396.96 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.96 | 9,383.00 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.14 | 9,370.86 |

Subtotals: $39,694.48    $30,323.62

{} Asset reference(s)

Printed: 11/11/2015 10:11 AM    V.13.25

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

| | |
|---|---|
| **Case Number:** 12-48184 | **Trustee:** ILENE F. GOLDSTEIN (330290) |
| **Case Name:** TUCKER, DAVID | **Bank Name:** Rabobank, N.A. |
| TUCKER, VICKI L | **Account:** ******6566 - Checking Account |
| **Taxpayer ID #:** **-***9134 | **Blanket Bond:** $5,000,000.00 (per case limit) |
| **Period Ending:** 11/11/15 | **Separate Bond:** N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.27 | 9,355.59 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.45 | 9,342.14 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.54 | 9,329.60 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.31 | 9,315.29 |
| 04/03/15 | 105 | Arthur B. Levine Company | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 04/03/2015 FOR CASE #12-48184, Bond | 2300-000 | | 5.10 | 9,310.19 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.39 | 9,296.80 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.92 | 9,283.88 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.24 | 9,269.64 |
| 10/16/15 | 106 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | Dividend paid 100.00% on $24.79, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 24.79 | 9,244.85 |
| 10/16/15 | 107 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | Dividend paid 100.00% on $2,695.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 2,695.00 | 6,549.85 |
| 10/16/15 | 108 | ILENE F. GOLDSTEIN | Dividend paid 100.00% on $1,719.45, Trustee Compensation; Reference: | 2100-000 | | 1,719.45 | 4,830.40 |
| 10/16/15 | 109 | Jodi E. Gimbel,P.C. | Dividend paid 100.00% on $407.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 407.00 | 4,423.40 |
| 10/16/15 | 110 | Jodi E. Gimbel,P.C. | Dividend paid 100.00% on $86.00, Accountant for Trustee Expenses (Other Firm); Reference: | 3420-000 | | 86.00 | 4,337.40 |
| 10/16/15 | 111 | Discover Bank | Dividend paid 12.76% on $5,914.43; Claim# 1; Filed: $5,914.43; Reference: | 7100-000 | | 754.74 | 3,582.66 |
| 10/16/15 | 112 | Rjm Acquisitions Llc | Dividend paid 12.76% on $48.50; Claim# 2; Filed: $48.50; Reference: | 7100-000 | | 6.19 | 3,576.47 |
| 10/16/15 | 113 | Portfolio Recovery Associates, LLC | Dividend paid 12.76% on $15,515.82; Claim# 4; Filed: $15,515.82; Reference: | 7100-000 | | 1,979.96 | 1,596.51 |
| 10/16/15 | 114 | NORTHWEST COMMUNITY HOSPITAL | Dividend paid 12.76% on $913.34; Claim# 5; Filed: $913.34; Reference: | 7100-000 | | 116.55 | 1,479.96 |
| 10/16/15 | 115 | JEFFERSON CAPITAL SYSTEMS LLC | Dividend paid 12.76% on $4,652.66; Claim# 6; Filed: $4,652.66; Reference: | 7100-000 | | 593.72 | 886.24 |
| 10/16/15 | 116 | FIA CARD SERVICES, N.A. | Dividend paid 12.76% on $6,944.93; Claim# 7; Filed: $6,944.93; Reference: | 7100-000 | | 886.24 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 39,694.48 | 39,694.48 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 39,694.48 | 39,694.48 | |
| | | | Less: Payments to Debtors | | | 30,000.00 | |
| | | | **NET Receipts / Disbursements** | | **$39,694.48** | **$9,694.48** | |

{} Asset reference(s)

Printed: 11/11/2015 10:11 AM    V.13.25

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| **Case Number:** | 12-48184 | | **Trustee:** | ILENE F. GOLDSTEIN (330290) |
| --- | --- | --- | --- | --- |
| **Case Name:** | TUCKER, DAVID | | **Bank Name:** | Rabobank, N.A. |
| | TUCKER, VICKI L | | **Account:** | ******6566 - Checking Account |
| **Taxpayer ID #:** | **-***9134 | | **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Period Ending:** | 11/11/15 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |

| | | |
| --- | --- | --- |
| Net Receipts : | | 39,694.48 |
| Less Payments to Debtor : | | 30,000.00 |
| Net Estate : | | $9,694.48 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
| --- | --- | --- | --- |
| **Checking # ******6566** | 39,694.48 | 9,694.48 | 0.00 |
| | $39,694.48 | $9,694.48 | $0.00 |

{} Asset reference(s)

Printed: 11/11/2015 10:11 AM    V.13.25